IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LEILANI EMERICK,

    Plaintiff,

v.                                               Civ. No. 22-622 JFR/KK

BOARD OF COUNTY COMMISSIONERS
OF THE COUNTY OF BERNALILLO, *et al.*,

    Defendants.

**ORDER FINDING GOOD CAUSE TO DELAY ENTRY OF
A SCHEDULING ORDER AND SETTING MOTIONS DEADLINES**

THIS MATTER is before the Court following a Telephonic Rule 16 Initial Scheduling Conference held on November 14, 2022. (Doc. 16.) The Court FINDS good cause to delay entering a scheduling order in this case to permit the parties to engage in further settlement negotiations. In addition, at the November 14, 2022, conference, Defendants indicated that, unless the parties settle this matter, they intend to file a motion to dismiss based on qualified immunity and to seek a stay of discovery pending resolution of that motion. The Court stated that it would fix deadlines for Defendants to file a motion to dismiss, if they choose to do so, and Plaintiff's response to such motion.

IT IS THEREFORE ORDERED that Defendants' motion to dismiss is due no later than **December 19, 2022**. Plaintiff's response is due no later than **January 13, 2023**.

IT IS SO ORDERED.

                                                              KIRTAN KHALSA
                                                              UNITED STATES MAGISTRATE JUDGE