UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

LEILANI EMERICK,

    Plaintiff,

vs.                                                  Case No. 1:22-CV-00622 JFR/KK

BOARD OF COUNTY COMMISSIONERS OF
THE COUNTY OF BERNALILLO o/b/o
BERNALILLO COUNTY HOUSING DEPARTMENT, and
CHARLEEN McNEELY, in her individual and representative capacity, and
PATRIZE ARCHULETA, in her individual and representative capacity,

    Defendants.

**ORDER EXTENDING TIME FOR BRIEFING ON
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON
BASIS OF QUALIFIED IMMUNITY**

The Court, having been advised of the facts, finds the parties' Joint Motion Extending Time for Briefing on Defendants' Motion for Summary Judgment is well taken. The Court orders: (a) Defendants' Motion for Summary Judgment on the Basis of Qualified Immunity is to be filed on or before January 5, 2023; (b) Plaintiff's Response is to be filed no later than fourteen (14) days after Defendants' Motion; and (c) Defendants' Reply is to be filed no later than fourteen (14) days after Plaintiff's Response.

    IT IS SO ORDERED.

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE

2

Approved by:

Eletronic Signature /s/ Michael McGuire
Senior Citizens Law Office
4317 Lead Ave. SE, Suite A
Albuquerque, NM 87108
(505) 265-2300
(505) 265-3600 (fax)
mmcguire@sclonm.org
*Attorney for Plaintiff Leilani Emerick*

and


Approved by Phone
Carlos M. Quiñones, Esq.
Quiñones Law Firm LLC
1223 S. Saint Francis Dr., Ste. C
Santa Fe, NM 87505
(505) 992-1515
(505) 992-1714 (fax)
quinoneslaw@cybermesa.com
*Attorney for Defendants*